# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                                        Case No.   3:19-CR-123

**ERIC BLACKSHEAR,**

        **Defendant.**

## ENTRY GRANTING DEFENDANT'S REQUEST
## RESETTING VOLUNTARY SURRENDER DATE

      This matter is before the Court on Defendant's unopposed request through his Counsel to extend his voluntary surrender date to FCI Loretto Camp from Tuesday, April 7, 2020, to Monday, June 1, 2020, due to concerns over COVID-19.

      IT IS THE ORDER OF THE COURT that the date for the Defendant's voluntary surrender date be extended from Tuesday, April 7, 2020 until Monday, June 1, 2020.

      **DONE** and **ORDERED** in Dayton, Ohio, this 1st day of April, 2020..

                                                               *s/ Thomas M. Rose*

                                                               THOMAS M. ROSE, JUDGE
                                                               UNITED STATES DISTRICT COURT